Maud Schlafman, Administratrix of Estate of Frederick Schlafman, Deceased, Plaintiff-Appellee, v. Paul F. O'Neil and Thomas J. O'Malley, Jr. (Paul F. O'Neil, Appellant), Defendants.

Gen. No. 10,565.

Dixon, Bales & Gunner, for appellee; William R. Gunner, of counsel. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full. Opinion filed May 2, 1952; released for publication May 22, 1952.

Frank Morgan, Plantiff-Appellant, v. Henry J. Meister, Defendant-Appellee.

Gen. No. 10,575.

Walter C. Overbeck, for appellant; Robert A. Barnes, and O. B. Pace, Jr., for appellee. Opinion by JUSTICE ANDERSON. Not to be published in full. Opinion filed May 2, 1952; released for publication May 22, 1952.